IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN ANTHONY CASTRO, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 23-1068-RGA |
| : | |
| ANTHONY J. ALBENCE, : | |
| State Election Commissioner, and : | |
| DONALD JOHN TRUMP, : | |
| : | |
| Defendants. : | |

## ORDER

WHEREAS, Plaintiff has filed a Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) (D.I. 15);

WHEREAS, Defendants have neither answered the complaint, or filed motions for summary judgment;

NOW THEREFORE, IT IS HEREBY ORDERED, that the Clerk of Court is directed to CLOSE this case.

December 8, 2023
Date

/s/ Richard G. Andrews
United States District Judge